IN THE UNITED STATES DISTRICT COURT

                          FOR THE DISTRICT OF OREGON


**WILLIAM R. JETTE,**                              3:13-CV-00719-AC

        **Plaintiff,**                        ORDER

v.

**CAROLYN W. COLVIN,**
**Commissioner, Social Security**
**Administration,**

        **Defendant.**


**BROWN, Judge.**

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#47) on August 9, 2016, in which he recommends this Court grant Plaintiff's Motion (#43) for Approval of Attorney Fees Pursuant to 42 U.S.C. § 406(b); award Plaintiff's counsel attorneys' fees in the amount of $17,453.75; and direct Plaintiff's counsel to refund to Plaintiff the attorneys' fees of $8,000.00 previously received by Plaintiff's counsel pursuant to

1 - ORDER

the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412(d).  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009).  *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#47).  Accordingly, the Court **GRANTS** Plaintiff's Motion (#43) for Approval of Attorney Fees Pursuant to 42 U.S.C. § 406(b); **AWARDS** Plaintiff's counsel attorneys' fees in the amount of $17,453.75; and **DIRECTS** Plaintiff's counsel to refund to Plaintiff the attorneys' fees of $8,000.00 previously received by Plaintiff's counsel pursuant to the EAJA.

IT IS SO ORDERED.

DATED this 7th day of September, 2016.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge